PAUL E. DANIELSON, Justice, concurring. I respectfully concur. Arkansas Code Annotated § 27-36-215 (Repl.2008) requires, in pertinent part, that motor vehicles must be equipped with taillights that “shall emit a red light.” Ark.Code Ann. § 27-36-215(a)(l). Where Robinson’s taillight was emitting a white light in addition to the required red light, it is my opinion that such circumstances within Trooper Outlaw’s knowledge were sufficient to permit a person of reasonable caution to believe that a violation of section 27-36-215 had been committed by Robinson. Accordingly, I cannot say that probable cause was lacking in the instant case, and I would affirm the circuit court’s denial of Robinson’s motion to suppress.